M/IFP 15BJ
#5
related to 18-1207

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Dana W. Wiley

Vs.

World Wrestling
Entertainment
CEO Vince McMahon

2:23-cv-1175

FILED
JUN 26 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED
IN FORMA PAUPERIS

I, Dana W. Wiley, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: $00.00

2. If you received within the past twelve months any money from any source, explain, and state the amount: $00.08

3. State the amount of money you have in a checking, savings, or prison account: none

4. Identify and state the value of any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding ordinary household furnishings and clothing) which you own: none

5. List the persons who are dependent upon you for support; state relation ship to those persons and indicate how much you contribute toward their support: none

I declare under penalty of perjury that the foregoing is true and correct.
SIGNED THIS  22  DAY OF  June , 20 23 .

Dana W. Wiley
Plaintiff's Signature