

La[...] S. milTon STreet
111 S. milTon STreet
New castle, Pa 16101-3593

clerk's office
UniTed States DisTrict CourT
700 Grant STreet Rm. 310
PittsBurgh, Pa 15219