**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

| | |
|---|---|
| **BRANDY S. LONCHENA**<br>CLERK OF COURT<br>412–208–7500 | IN REPLYING GIVE NUMBER<br>OF CASE AND NAMES OF PARTIES |

Date: July 7, 2023

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

      RE:   DANA W. WILEY vs. VINCE MCMAHON
      Case Number:   **2:23–CV–01175–PLD**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                      Sincerely,

                      BRANDY S. LONCHENA
                      CLERK OF COURT

        By:  /s/ **Katie Hall**
                      Deputy Clerk

Enclosures