15BJ
M/IFP
#5
related to 18-1207

United States District Court of
The Western District of Pennsylvania

Dana W. Wiley                          2:23-cv-1175
         Plaintiff                     Pro "se
    vs.                                Amend Complaint
World Wrestling Entertainment
CEO" Vince McMahon

Plaintiff Dana W. Wiley complaint for (A) Breach of contract and (B) failure to reimburse $5,500 on the Down Payment hangout what App email contract to Personal fan meet World Wrestling Entertainment employee" Alexia Bliss Pursuant to Provision of 15 U.S.C 1114 U.S.C 1125 (A) F.S.A 501 And 17 U.S.C 1004 / 17 U.S.C 114 (G) under 261.3

RECEIVED
JUN 2 6 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

1. Introduction

This matter concern's the Defendant" World Wrestling Entertainment CEO Vince McMahon Breach of contract and failure to reimburse $5,500 on The Down Payment hangout what App email contract to Personal fan meet) World Wrestling Entertainment employee" Alexia Bliss and to become an World Wrestling Entertainment Employee for $70,000 a month

## I. INTRODUCTION

Plaintiff Dana W. Wiley brings this action against the Defendant "World Wrestling Entertainment CEO" Vince McMahon pursuant to the provision 15 U.S.C 1114, 15 U.S.C 1125(A) F.S.A 501 and 17 U.S.C 1004 / 17 U.S.C 114 (G)(2) under 261.3 in accordance to secure relief under the United States Federal and Pennsylvania U.S constitution law. Pursue 15 U.S.C 1114-1118 Here for (A) Breach of contract and (B) failure to reimburse $5,500 Down Payment on behalf of the Hangout what App email contract as an right to personal fan meet World Wrestling Entertainment Employee "Alexia Bliss", and to become an World Wrestling Entertainment Employee for $70,000 a month.

## II. Parties

1. Plaintiff Dana W. Wiley is a Public Residence of the United States and the laws of the State Pennsylvania At: 111 S. Milton Street
New Castle PA 16101
Plaintiff Dana W. Wiley is All So in Good Standards with the Federal and State Pennsylvania Laws. He has All So Exhausted All federal and state Remedies and has done Everything in trying to

solve this matter with the Defendant World Wrestling Entertainment chairmen "CEO Vince McMahon
Their Forth Bring's This Amended Pro'SE complaint Pursuant To The Screeing Provision of
28 U.S.C 1331-1338 (B) and 28 U.S.C 1915 (E) (2)

2. The Defendant World Wrestling Entertainment "CEO Vince McMahon
hereby has Jurisdiction of the $5,500 Down Payment hangout what App email contract as an right to Personal fan meet World Wrestling Entertainment Employee "Alexia Bliss", and to become World Wrestling Entertainment employee for $70,000 a month.

## III. Jurisdiction and Venue

1. This court has Original Jurisdiction under The 5Th Amendment and Provision Pursuant to 15 U.S.C 1121 (A) 15 U.S.C 1051-1127 and 28 U.S.C 1331-1338 Action Arising (Federal and State question under the Brand and Trademark Law's of the U.S constitution.

2. This court has jurisdiction pursuant 28 U.S.C 1331-1338. and Provision under the 5th Amendment in Accordance with The Principles of Pendant Jurisdiction in The said claim's Joined with Substansial and Related claim under The Brand Name/Trademark law's of the U.S Constitution 15 U.S.C 1051-1127.

## Statement of facts

(1) The Defendant world wrestling Entertainment CEO" Vince McMahon Breach the $5,500 Brand Trademark Agreed contract to Personal fan meet wrestling Employee" Alexia Bliss.

(2) The Defendant world wrestling Entertainment CEO" Vince McMahon refuse to reimburse I Plaintiff Dana W. Wiley $5,500 Dollars contract Payment.

(3) The Defendant world wrestling Entertainment CEO" Vince McMahon refuse to Mail Track I Plaintiff Dana W. Wiley Lose, Stole $5,500 Dollar Visa Debit card wrestling Employee" Alexia Bliss Mail to I Plaintiff, Dana W. Wiley at 717 Altman Road New castle, Pennsylvania.

(4) The Defendant "World Wrestling Entertainment" CEO Vince McMahon Discriminated I Plaintiff Dana W. Wiley under the color of common law in the State Pennsylvania and United States after I Plaintiff was arrested and charge for attempted Homicide, Aggravate Assault against New Castle, Pennsylvania Law Enforcement on 10/25/2022 order The United States Secret Service and the Pennsylvania State Police Troop, D. Mailor case Team to possess an warrant to unlawful seized search I Plaintiff Phone Device and Property in conspiracy Theory Plot to obstruct and Destroy any evidence supporting these facts that World Wrestling Entertainment Employee "Alexia Bliss email Text to I Plaintiff hangout, what App email Business accounts.

## Conclusion

Plaintiff Dana W. Wiley on this Day of 2023. Hereby seeks the said monetary Relief here from the Defendant Pursuant 28 U.S.C 1915(e)(2) and 15 U.S.C 1117(A)

1. $6 million Dollars for Breach of contract and

2. The Defendant Pay cost of This Action or any other legal fee's This court may order here upon the Defendant.

The said Allegation are hereby true and correct To The Provision within The U.S constitution laws of Perjore.

Thereforth Plaintiff Dana W. wiley submit's This Pro"se Amended complaint here To The clerk of court here for The U.S Federal court of western Pennsylvania

First class certified mail
June 22, 2023

Dana W. Wiley, Plaintiff
111 S. Milton Street
New Castle Pa 16101

World Wrestling Entertainment CEO
Vince McMahon
1241 East main street
Stamford, cT 06902
Phone (203)352-8600