# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:23-cv-01175-PLD

WILEY v. MCMAHON
Assigned to: Magistrate Judge Patricia L. Dodge
related Case: 2:18-cv-01207-WSS-PLD
Cause: 15:1114 Trademark Infringement

Date Filed: 06/26/2023
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**DANA W. WILEY**                                   represented by   **DANA W. WILEY**
                                                                     Lawrence County Correction Center
                                                                     111 S. Milton St.
                                                                     New Castle, PA 16101
                                                                     PRO SE

V.

**Defendant**

**VINCE MCMAHON**
*WORLD WRESTLING ENTERTAINMENT CEO*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2023 | 1 | MOTION for Leave to Proceed in forma pauperis by DANA W. WILEY. (Attachments: # 1 Complaint lodged pending disposition of IFP Motion, # 2 Envelope) (bjw) Modified text on 6/27/2023. (kss) (Entered: 06/27/2023) |
| 06/26/2023 | 2 | Prisoner Trust Fund Account Statement by DANA W. WILEY. (Attachments: # 1 Envelope) (kss) (Entered: 06/27/2023) |
| 06/30/2023 | 3 | ORDER granting 1 MOTION for Leave to Proceed in forma pauperis by DANA W. WILEY. Signed by Magistrate Judge Patricia L. Dodge on 6/30/2023. (Attachments: # 1 Authorization Form) (mqe) (Entered: 06/30/2023) |
| 06/30/2023 | 4 | COMPLAINT against VINCE MCMAHON, filed by DANA W. WILEY. (jd) (Entered: 06/30/2023) |