# U.S. District Court

## Pennsylvania Western - Pittsburgh

Receipt Date: Jul 14, 2023 2:27PM

LAWRENCE COUNTY CORRECTIONS

Rcpt. No: 200004804                    Trans. Date: Jul 14, 2023 2:27PM                    Cashier ID: #BW

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 201 | Civil Filing Fee/PLRA/CCAM | DPAW223CV001175 /001<br>DANA W. WILEY | 1 | 24.37 | 24.37 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| CH | Check | #16518 | 07/14/2023 | $24.37 |

|  | Total Due Prior to Payment: | $24.37 |
|--|-----------------------------|--------|
|  | Total Tendered: | $24.37 |
|  | Total Cash Received: | $0.00 |
|  | Cash Change Amount: | $0.00 |

**Comments**: r

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.