Dear clerk of court

I. Plaintiff Dana W Wiley in
Dana W. Wiley, plaintiff
v.
World Wrestling Entertainment
CEO "Vince McMahon defendant
Civil Action No. 2-23-1175
is confirm new address change at
Smart communications / PA DOC
SCI Smithfield
Dana W. Wiley
CT9123
P.O. Box 33028
St. Petersburg FL 33733

Aug 11, 23

**FILED**
AUG 17 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA