Smart Communications/PADOC
SCI- Smithfield
Name Dana Wiley
Number CT9123
PO Box 33028
St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS





ZIP 16652
02 4W
0000372206 AUG 14 2023
US POSTAGE PAID PITNEY BOWES
$ 000.63

U.S Courthouse
Clerk of Court
700 Grant St., Room 3100
Pittsburgh, Pa 15219