clerk of court

Wiley V. McMahon
Civil case 2:23-CV-01175-PLD
I Plaintiff Dana Wiley
New address is:
Smart communications/PA DOC
Inmate Dana Wiley CT9123
SCI Forest
P.O Box 33028
St. Petersburg, FL 33733

Sep 7, 2023

FILED
SEP 12 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA