Smart Communications / PA DOC
Inmate Name Dana Wiley   DC # CT9123   INMATE MAIL
SCI Forest
PO Box 33028
St Petersburg, FL 33733

U.S Courthouse
Clerk of Court
700 Grant St Room 3100
Pittsburgh, Pa 15219

neopost 09/08/2023
US POSTAGE $000.63⁰
FIRST-CLASS MAIL
ZIP 16239
041L12205275

Inmate Mail Dept. of Corrections